JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL IBARRA, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC., a Delaware corporation; UPS SUPPLY CHAIN SOLUTIONS GENERAL SERVICES, INC., a Delaware corporation; UPS GROUND FREIGHT, INC., a Virginia corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No: 5:19-cv-00419-MWF-KK<br><br>[San Bernardino Superior Court Case No. CIVDS1901160]<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE** |

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE.

DATED: January 3, 2020

　　　　　　　　　　　　　　　　Hon. Michael W. Fitzgerald
　　　　　　　　　　　　　　　　United States District Judge